

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00550-CV

**CITY OF PREMONT**, Texas,
Appellant

v.

Jose Richard **GONZALEZ** and Elda E. Gonzalez,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 20-09-60606-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ,

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss this appeal is GRANTED and this appeal is DISMISSED AS MOOT.

SIGNED March 3, 2021.

_____
Irene Rios, Justice